# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DORAVILLE MANAGEMENT II CORP. by DONALD RAMIREZ, PRESIDENT, on behalf of himself and allothers similarly situated    Plaintiffs

V.

EPIX PHARMACEUTICALS, INC., (F/K/A EPIX MEDICAL, INC.), MICHAEL D. WEBB, PEYTON J. MARSHALL AND ANDREW UPRICHARD,    Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 CV 10288 PBS**

TO: (Name and address of Defendant)

c/o The Prentice-Hall Corporation System, Inc. As Registered Agent
EPIX Pharmaceuticals, Inc. (F/K/A EPIX Medical Inc.)
84 State Street
Boston, MA 02109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  FEB 11 2005

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | MARCH 1, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DAVID G. BEDUGNIS, SR. | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): BY DELIVERING SAID COPIES TO THE PRENTICE-HALL CORPORATION SYSTEM, INC., IT'S REGISTERED AGENT FOR SERVICE OF PROCESS AND GIVING IN HAND TO BERNARDO MONTANEZ, IT'S AGENT AND PERSON IN CHARGE OF THE BUSINESS. SAID SERVICE WAS MADE AT 84 STATE STREET, BOSTON, MASSACHUSETTS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $11.00 | $25.00 | $36.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/1/2005
           Date       Signature of Server

ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MASSACHUSETTS  02108
            Address of Server

*Handwritten annotations:* EPIX PHARMACEUTICALS, INC. (FKA EPIX MEDICAL, INC.) c/o Prentice Hall Corp. System Reg. Agent 84 State St 3/1/2005 2:06 pm Bos

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.