UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DORAVILLE MANAGEMENT II CORP. by DONALD RAMIREZ, PRESIDENT on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL AND ANDREW UPRICHARD,<br><br>Defendants. | Civil Action<br>No. 1:05-cv-10288-PBS |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Attorney John F. Sylvia of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enters his appearance as counsel for defendants Epix Pharmaceuticals, Inc., Michael D. Webb, Peyton J. Marshall and Andrew Uprichard, in the above referenced action.

Dated: April 15, 2005                                Respectfully submitted,


                                                    /s/ John F. Sylvia
                                                    John F. Sylvia (BBO #555581)
                                                    Adam L. Sisitsky (BBO #637532)
                                                    MINTZ, LEVIN, COHN, FERRIS,
                                                     GLOSKY AN POPEO, P.C.
                                                    One Financial Center
                                                    Boston, MA 02111
                                                    (617) 542-6000

                                                    Counsel for Defendants

LIT 1515583v1