UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DORAVILLE MANAGMENT II CORP. by DONALD RAMIREZ, PRESIDENT on behalf of himself and all others similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL and ANDREW UPRICHARD,<br><br>               Defendants. | C.A. No. 05-10288-PBS |

## NOTICE OF CHANGE OF ADDRESS

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 60 State Street, 37th Floor
> Boston, MA 02109
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: May 24, 2005

                                              Respectfully submitted,

                                              /s/ David Pastor
                                              David Pastor (BBO # 391000)
                                              GILMAN AND PASTOR, LLP
                                              60 State Street, 37th Floor
                                              Boston, MA 02109
                                              Telephone: (617) 742-9700
                                              Facsimile: (617) 742-9701

                                              **Attorney for Plaintiffs**

00004838.WPD ; 1