UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DORAVILLE MANAGMENT II CORP. by DONALD RAMIREZ, PRESIDENT on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL and ANDREW UPRICHARD,<br><br>Defendants. | C.A. No. 05-10288-PBS |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice of a change of address for Gilman and Pastor, LLP, counsel for the plaintiffs in this action. The new address is the following:

> GILMAN AND PASTOR, LLP
> 225 Franklin Street, 16th Floor
> Boston, MA 02110
> Telephone: (617) 742-9700
> Facsimile: (617) 742-9701

Dated: July 28, 2006

Respectfully submitted,

/s/ David Pastor
David Pastor (BBO # 391000)
GILMAN AND PASTOR, LLP
225 Franklin Street, 16th Floor
Boston, MA 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701

**Attorney for Plaintiffs**

00004838.WPD ; 2